1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                         FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    ROXANNE ARI,                              1:07-cv-0733 LJO TAG HC

9              Petitioner,

10        vs.                                  ORDER GRANTING APPLICATION
                                               TO PROCEED IN FORMA PAUPERIS
11   FRANK WILSON, M.D.,
                                               (DOCUMENT #2)
12             Respondent.

13   _____/

14        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

15   28 U.S.C. § 2254.

16        Petitioner has filed an application to proceed in forma pauperis and a certified copy of

17   petitioner's prison trust account statement.   Examination of these documents reveals that petitioner

18   is unable to afford the costs of this action.  Accordingly, Petitioner's application to proceed in forma

19   pauperis is GRANTED. See 28 U.S.C. § 1915.

20

21   IT IS SO ORDERED.

22   Dated:   **June 21, 2007**                     _____**/s/ Theresa A. Goldner**_____
                                                    UNITED STATES MAGISTRATE JUDGE
23   _____

24

25

26

27

28