1

2

3

4

5

6

7

8

9                   UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

ROXANNE ARI,                        )
12                                  )   1:07-cv-00733-LJO-TAG HC
                    Petitioner,     )
13                                  )   ORDER ADOPTING FINDINGS AND
                                    )   RECOMMENDATION
14        v.                        )   (Doc. 7)
                                    )
15                                  )   ORDER DISMISSING PETITION FOR WRIT
DEBORAH L. PATRICK,                 )   OF HABEAS CORPUS
16                                  )   (Doc. 1)
                    Respondent.     )
17   _____)  ORDER DIRECTING CLERK OF COURT TO
                                        ENTER JUDGMENT
18
                                        ORDER DIRECTING CLERK OF COURT TO
19                                      SEND PETITIONER FORM FOR FILING
                                        CIVIL RIGHTS COMPLAINT
20

21        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

22   pursuant to 28 U.S.C. § 2254.

23        On June 27, 2007, the Magistrate Judge assigned to the case filed a Findings and

24   Recommendation recommending that the petition for writ of habeas corpus be DISMISSED because

25   Petitioner did not challenge the fact of her confinement or the execution of her sentence but instead

26   challenged the conditions of her confinement.  (Doc. 7).   The Findings and Recommendation was

27   served on all parties and contained notice that any objections were to be filed within twenty days

28

                                            1

from the date of service of that order.  On July 23, 2007, Petitioner filed objections to the Magistrate Judge's Findings and Recommendation.  (Doc. 8).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 27, 2007 (Doc. 7), is ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED;

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file; and,

4. The Clerk of the Court is DIRECTED to send Petitioner a form for filing a claim pursuant to 42 U.S.C. § 1983.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:     November 28, 2007**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE