IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROXANNE ARI, <br>     Petitioner, <br> vs. <br><br> DEBORAH L. PATRICK, <br>     Respondent. | 1:07-cv-00733-LJO-TAG-HC <br><br> ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL <br><br> (Document #11) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On January 22, 2008, petitioner filed a motion for appointment of counsel. Insomuch as Petitioner's case was dismissed by this Court on November 28, 2007, and petitioner filed an appeal to the Court of Appeals for the Ninth Circuit on January 22, 2008, this motion is more properly brought before the Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated: **February 6, 2008**     **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE